IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tamera Brown, et al.,

    Plaintiff(s),

vs.

City of Cincinnati, Ohio, et al.,

    Defendant(s).

Case Number: 1:18cv412

Judge Susan J. Dlott

ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(A), (B) and ( C ) and §636(b)(3), the above-captioned matter is hereby referred to Karen L. Litkovitz, United States Magistrate Judge. The Magistrate Judge is empowered to deal with all pretrial and post-judgment motions and procedures, whether dispositive or not, and to render a report and recommendation to the Court on any matters classified as dispositive by statute. No transcript need be prepared on non-dispositive matters.

IT IS SO ORDERED.

Susan J. Dlott
United States District Court