IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Tamara Brown, et al., | : | Case No. 1:18-cv-00412 |
| | : | |
| Plaintiffs, | : | Judge Susan J. Dlott |
| | : | |
| vs. | : | |
| | : | **NOTICE OF APPEARANCE** |
| City of Cincinnati, Ohio, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

Please take notice that Robert J. Thumann of Crehan & Thumann, LLC enters his appearance as co-counsel on behalf of the Plaintiffs.

Respectfully submitted,

*/s/ Robert J. Thumann*
Robert J. Thumann (0074975)
Crehan & Thumann, LLC
404 E 12th Street, Second Floor
Cincinnati OH 45202
Office 513-381-5050
Fax 513-381-1700
*Co-counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed using the Court's CM/ECF electronic filing system, which will send notification to all counsel of record registered with the Court's filing system, on this the 19th day of June, 2018.

*/s/ Robert J. Thumann*
Robert J. Thumann (0074975)