## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **TAMERA BROWN, et al** | : | **Case No. 1:18-CV-412** |
| | : | |
| **Plaintiffs** | : | **Judge Dlott** |
| | : | |
| **v.** | : | **NOTICE OF APPEARANCE OF** |
| | : | **COUNSEL** |
| **CITY OF CINCINNATI, et al.** | : | |
| | : | |
| **Defendants** | : | |

Notice is hereby given that Peter Stackpole, Chief Counsel - Litigation, is entering an

appearance as trial attorney for Defendants City of Cincinnati, John Cranley, Patrick Duhaney,

Harry Black, Elliot Isaac and Danita Pettis, in the above captioned case.


Respectfully submitted,

**PAULA BOGGS MUETHING (0080018)**
City Solicitor

*/s/ Peter J. Stackpole*
**PETER J. STACKPOLE (0072103)**
Chief Counsel - Litigation
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Phone: (513) 352-3350
Fax: (513) 352-1515
E-mail: peter.stackpole@cincinnati-oh.gov
Trial Counsel for Defendants

{00261482-1}

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 10th, 2018, a true and accurate copy of the foregoing Notice of Appearance was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties by certified mailed who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Peter J. Stackpole*
**PETER J. STACKPOLE (0072103)**
Assistant City Solicitor
