**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **TAMERA BROWN, et al.** | : | **Case No.  1:18-cv-412** |
| | : | |
| **Plaintiffs,** | : | **Judge Susan J. Dlott** |
| **v.** | : | **Magistrate Judge Karen Litkovitz** |
| | : | |
| | : | |
| **CITY OF CINCINNATI, et al.** | : | <u>**NOTICE OF APPEARANCE**</u> |
| | : | |
| **Defendants.** | : | |

Defendants Sentinel Police Association and Lieutenant Danita Pettis in her individual capacity hereby give notice that Janaya Trotter Bratton enters her appearance as attorney for the Defendants in this action.

Respectfully submitted,

<u>/s/ Janaya Trotter Bratton</u>
Alphonse A. Gerhardstein (0032053)
Trial Attorney for Plaintiff
Janaya Trotter Bratton (0084123)
Attorney for Plaintiff
Gerhardstein & Branch Co. LPA
441 Vine St., Suite 3400
Cincinnati, Ohio 45202
Tel (513) 621-9100
Fax (513) 345-5543
agerhardstein@gbfirm.com
jtbratton@gbfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2018, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

s/ Janaya Trotter Bratton
Attorney for Plaintiff