

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

### <u>CIVIL MINUTES</u>
SCHEDULING/STATUS CONFERENCE *(via telephone)*

**BEFORE THE HONORABLE KAREN L. LITKOVITZ, U.S MAGISTRATE JUDGE**

**DATE:** 1-4-19
**TIME:** 1:00 pm

**Case No. 1:18-cv-412**
**Case Title:  Brown, et al., v. City of Cincinnati, et al.,**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** Eden Thompson
**COURT REPORTER:** none present
**COURTSMART RECORDING: #** _____

------------------------------------------------------------------------------------------------

**Attorney(s) for Plaintiff(s):**
not present
_____
_____
_____

**Attorney(s) for Defendant(s):**
Shura Paul
Janaya Bratton
_____
_____

### DOCKET ENTRY/PROCEDURES:

_____
_____
_____
_____
_____
_____

_____ **Court Order to follow.**

_____ **Case cont'd for a follow-up status conference** _____

✗ **Other:**
Case to be rescheduled.
_____
_____