IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TAMERA BROWN, et al., | : | Case No. 1:18CV412 |
| Plaintiffs, | : | Judge Dlott |
| v. | : | Magistrate Judge Litkovitz |
| CITY OF CINCINNATI, et al., | : | **AGREED ENTRY** |
| Defendants. | : | |

The parties agree that Defendants shall have through February 28, 2019 or 30 days after any further amended complaint, whichever comes later, to move to dismiss or to move for judgment on the pleadings.

*/s/ Karen L. Litkovitz*

*s/ Zachary Gottesman via email auth.*
Zachary Gottesman (0058675)
Gottesman & Associates, LLC
36 East 7th Street, Suite 1650
Cincinnati, Ohio 45202
(513) 651-2121 / fax (513) 651-2131
zg@zgottesmanlaw.com
*Trial attorney for Plaintiffs*

*s/ Shuva J. Paul*
Peter J. Stackpole (0072103)
Shuva J. Paul (0088484)
Assistant City Solicitors
801 Plum Street, Suite 214
Cincinnati, Ohio 45202
(513) 352-4551 / fax (513) 352-1515
shuva.paul@cincinnati-oh.gov
*Trial attorneys for City Defendants*

*s/ Janaya Trotter Bratton via email auth.*
Alphonse A. Gerhardstein (0032053)
Janaya Trotter Bratton (0084123)
Gerhardstein and Branch Co. LPA
441 Vine Street, Suite 3400
Cincinnati, Ohio 45202
(513) 621-9100 / fax (513) 345-5543
*Trial attorneys for Defendants Sentinel Police Association and Lieutenant Pettis in her individual capacity*