

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

<u>CIVIL MINUTES</u>
SCHEDULING/STATUS CONFERENCE (via telephone)
BEFORE THE HONORABLE KAREN L. LITKOVITZ, U.S MAGISTRATE JUDGE

DATE: 1-24-19
TIME: 2:00pm

Case No. 1:18-cv-412
Case Title: Brown, et al., v. Cincinnati, et al.,

COURTROOM DEPUTY: Arthur Hill
LAW CLERK: Eden Thompson
COURT REPORTER: none present
COURTSMART RECORDING: # _____

---

**Attorney(s) for Plaintiff(s):**
Zachary Gottesman
Robert Thumann

**Attorney(s) for Defendant(s):**
Shuva Paul
Janaya Trotter Bratton

**DOCKET ENTRY/PROCEDURES:**
Sched. conf. held. Case calendar established.

☒ Court Order to follow.

☒ Case cont'd for a follow-up status conference Wed, 3-20-19 @ 2:00 pm

___ Other: