UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tamera Brown, et al.,
    Plaintiff(s),

v.

City of Cincinnati, et al.,
    Defendant(s).

Case No. 1:18cv412
(Dlott, J. ; Litkovitz, M.J.)

## CALENDAR ORDER

This case shall proceed as follows:

1. Deadline for leave to amend pleadings:  **January 31, 2019**

2. Deadline for expert witnesses and submission of expert reports:
   Plaintiff identify and produce primary expert report(s): **September 30, 2019**
   Defendant identify and produce primary expert report(s): **November 15, 2019**

3. Number of depositions:  **25**

4. Discovery deadline:  Fact Discovery deadline – **July 31, 2019**
   Expert Discovery deadline – **December 31, 2019**

5. Dispositive motion deadline: **February 28, 2020**

6. Final pretrial conference: **July, 2020**

7. Jury Trial: **August, 2020**\*

Date  1/25/19

Karen L. Litkovitz
United States Magistrate Judge

\*The specific dates will be assigned by the District Court