IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **TAMERA BROWN, et al.** | : | |
| | : | **CASE NO: 1:18-CV-00412** |
| **Plaintiff,** | : | |
| | : | **Judge Susan J. Dlott** |
| **v.** | : | |
| | : | **Magistrate Judge Karen L. Litkovitz** |
| **CITY OF CINCINNATI, et al.** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**UNOPPOSED MOTION FOR EXTENTION OF TIME TO ANSWER AND FILE MOTIONS FOR JUDGMENTON THE PLEADINGS**

Defendants respectfully move the Court for an extension of time to answer Plaintiffs' Second Amended Complaint filed February 4, 2019. Plaintiffs do not object to this extension.

Defendants do not seek the extension to delay this litigation. Defendants Sentinel Police Association and Danita Pettis in her individual capacity served Plaintiffs Tamera Brown and Joy Ludgatis with Interrogatories and Requests for Production of Documents on December 3, 2018. Plaintiffs have not responded to Defendants discovery demands to date but the parties have conferred and Plaintiffs have represented that they will provide verified responses to Defendants' Interrogatories and Requests for Production of Documents no later than March 1, 2019. Defendants seek this extension so that Defendants have all information to adequately answer the Second Amended Complaint and prepare Defendants' Motion for Judgement on the Pleadings.

Defendants respectfully request the Court Order the following:

1. Defendants' Answer to Plaintiffs' Second Amended Complaint      03/08/19

2. Defendants' Deadline to File Motion for Judgment on the Pleadings      03/22/19

Respectfully submitted,

/s/ Janaya Trotter Bratton
Alphonse A. Gerhardstein (0032053)
Janaya Trotter Bratton (0084123)
Gerhardstein & Branch Co. LPA
441 Vine Street, Suite 3400
Cincinnati, Ohio 45202
Tel (513) 621-9100
Fax (513) 345-5543
jtbratton@gbfirm.com
agerhardstein@gbfirm.com
Counsel for Defendants Sentinel Police Association and Danita Pettis, Individually

/s/ Shuva J. Paul
Peter J. Stackpole (0072103)
Emily Woerner (0089349)
Shuva J. Paul (0088484)
City of Cincinnati
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Tel (513) 352-4551
Fax (513) 352-1515
Peter.stackpole@cincinnati-oh.gov
Emily.woerner@cincinnati-oh.gov
Shuva.paul@cincinnati-oh.gov
Counsel for City Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2019 a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

s/ Janaya Trotter Bratton