IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

*Granted.*
*Karen L. Litkovitz*
*2/20/19*

| | |
|---|---|
| TAMERA BROWN, et al. : | |
| : | CASE NO: 1:18-CV-00412 |
| Plaintiff, : | |
| : | Judge Susan J. Dlott |
| v. : | |
| : | Magistrate Judge Karen L. Litkovitz |
| CITY OF CINCINNATI, et al. : | |
| : | |
| Defendants. : | |

**UNOPPOSED MOTION FOR EXTENTION OF TIME TO ANSWER AND FILE MOTIONS FOR JUDGMENT ON THE PLEADINGS**

Defendants respectfully move the Court for an extension of time to answer Plaintiffs' Second Amended Complaint filed February 4, 2019. Plaintiffs do not object to this extension.

Defendants do not seek the extension to delay this litigation. Defendants Sentinel Police Association and Danita Pettis in her individual capacity served Plaintiffs Tamera Brown and Joy Ludgatis with Interrogatories and Requests for Production of Documents on December 3, 2018. Plaintiffs have not responded to Defendants discovery demands to date but the parties have conferred and Plaintiffs have represented that they will provide verified responses to Defendants' Interrogatories and Requests for Production of Documents no later than March 1, 2019. Defendants seek this extension so that Defendants have all information to adequately answer the Second Amended Complaint and prepare Defendants' Motion for Judgement on the Pleadings.

Defendants respectfully request the Court Order the following:

1. Defendants' Answer to Plaintiffs' Second Amended Complaint     03/08/19
2. Defendants' Deadline to File Motion for Judgment on the Pleadings     03/22/19