

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Tamera Brown, et al.,
    Plaintiff(s),

v.

City of Cincinnati, et al.,
    Defendant(s).

Case No. 1:18cv412
(J. Dlott; Litkovitz, M.J)

## CIVIL MINUTES
for an
Informal Discovery Conference *(via telephone)*

**HONORABLE KAREN L. LITKOVITZ, U.S. MAGISTRATE JUDGE**
**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** Eden Thompson
**COURT REPORTER:** —
**COURTSMART RECORDING:** # 1048
**DATE:** 3-7-19      **TIME:** 2:30 pm

Attorney for Plaintiff(s):
Zachary Gottesman
Steven Ramsey

Attorney for Defendant(s):
Emily Woerner
Shuva Paul
Janaya Trotter Bratton

## PROCEDURES

✓ Discovery conference held.

___ Case continued for _____.

✓ Court Order/Memorandum to follow.

___ Other _____