UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TAMERA BROWN et al.,
   Plaintiffs,

vs.

CITY OF CINCINNATI et al.,
   Defendants.

Case No. 1:18-cv-412
Dlott, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court following a telephone informal discovery conference held on March 7, 2019. The Court hereby **ORDERS** the following:

1. The parties are directed to follow the discovery procedures set forth in their Rule 26(f) report (*i.e.*, Doc. 14, Section 2A).

2. The parties are directed to discuss any discovery disputes amongst themselves and bring particular discovery issues to the Court for the follow-up conference on March 20, 2019. The parties shall submit statements on the discovery issues to the Court no later than close of business on March 19, 2019.

3. Once the Court resolves the discovery disputes and any required discovery is provided to defendants,[1] defendants will have an additional 15 days to respond to plaintiffs' second amended complaint. Accordingly, defendants' second motion for extension of time to file an answer to plaintiffs' second amended complaint (Doc. 26) is **GRANTED**.

**IT IS SO ORDERED.**

Date: 3/8/19

Karen L. Litkovitz
United States Magistrate Judge

---

[1] According to defendant Pettis's statement submitted to the Court prior to the conference, defendant Pettis served her first set of interrogatories and requests for production of documents on plaintiffs on December 3, 2018.