

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

### CIVIL MINUTES
SCHEDULING/STATUS CONFERENCE (via telephone)
BEFORE THE HONORABLE KAREN L. LITKOVITZ, U.S MAGISTRATE JUDGE

DATE: 3-20-19
TIME: 2:00 pm

Case No. 1:18-cv-412
Case Title: Brown, et al., v. City of Cincinnati, et al.,

COURTROOM DEPUTY: Arthur Hill
LAW CLERK: Laura Ahern
COURT REPORTER: none present
COURTSMART RECORDING: #_____

---

**Attorney(s) for Plaintiff(s):**
Robert Thumann
Steven Ramsey

**Attorney(s) for Defendant(s):**
Janaya Trotter Bratton
Shuva Paul

### DOCKET ENTRY/PROCEDURES:
Matters discussed.

☒ Court Order to follow.

☐ Case cont'd for a follow-up status conference _____

☐ Other: