UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TAMERA BROWN et al.,<br>Plaintiffs,<br><br>vs.<br><br>CITY OF CINCINNATI et al.,<br>Defendants. | Case No. 1:18-cv-412<br>Dlott, J.<br>Litkovitz, M.J.<br><br><br>**ORDER** |

This matter is before the Court following an informal telephone discovery conference held on March 20, 2019. The Court hereby **ORDERS** the following:

1. Defendants are granted an extension of time of 15 days to file an answer to plaintiffs' second amended complaint from the date plaintiffs respond to defendant Pettis's first set of interrogatories and requests for production of documents *and* resolution by the Court of any remaining discovery disputes arising from plaintiffs' response; and

2. Defendants are granted an extension of time of 15 days from the answer date to file a motion for judgment on the pleadings, if any.

**IT IS SO ORDERED.**

Date: 3/20/19

Karen L. Litkovitz
United States Magistrate Judge