*Granted.*
*Karen L. Litkovitz*
*7/1/19*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| TAMERA BROWN, et al., | : |
| Plaintiff, | : CASE NO: 1:18-CV-412 |
| v. | : JUDGE: SUSAN J. DLOTT |
| CITY OF CINCINNATI, et al., | : MAGISTRATE KAREN L. LITKOVITZ |
| Defendants. | : DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER |

Now come Defendants, through counsel, and request that the Court enter a modified scheduling order. Plaintiffs produced documents responsive to Defendant's December 3, 2018 discovery demand on June 7 and June 12. Since the last phone conference with the Court on March 20, 2019, Defendants now have conflicts that render Defendants unable to meet the Court's current deadlines. This extension is not sought to delay the litigation.

Plaintiffs are represented by two different firms. Attorney Thumann does not object to the extension. Defendants attempted but did not receive a response from the other Plaintiffs' counsel. Defendants' counsel believes Attorney Thumann's position is that of all Plaintiffs' counsel but to be candid with the Court, Defendants were unable to obtain that clarification prior to filing this Motion.

The parties are in agreement to extend the deadlines and respectfully request an extension of the scheduling order as follows:

| | |
|---|---|
| Defendants' Answer: | August 31, 2019 |
| Defendants' Motions for Judgment on the Pleadings: | September 30, 2019 |
| Plaintiff's Response: | November 1, 2018 |
| Defendants' Reply: | November 18, 2019 |