# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| Tamera Brown, et al., | : | Case No. 1:18cv412 |
| Plaintiffs, | : | Judge Dlott<br>Magistrate Judge Litkovitz |
| | : | |
| v. | | **DEFENDANTS' UNOPPOSED MOTION FOR A TWO-WEEK EXTENSION OF TIME TO FILE ANY MOTIONS FOR JUDGMENT ON THE PLEADINGS** |
| | : | |
| City of Cincinnati, et al., | | |
| | : | |
| Defendants. | | |

Defendants respectfully move for a two-week extension of time to **October 14, 2019** to file any motions for judgment on the pleadings. The deadline is currently September 30, 2019 pursuant to the Court's Notation Order entered on July 1, 2019. (Doc. 32.) The grounds for this request include the impending departure on September 27, 2019 of Ms. Bratton from her representation of her clients in this action. Complicating the transition to new counsel this past week was the undersigned counsel's absence from the jurisdiction to attend to an out-of-state family member's medical illness.

Counsel for the parties have conferred on this request and Plaintiffs' counsel have expressed that Plaintiffs do not object to an extension. Defendants have attached a proposed order to this motion.

Respectfully submitted,

PAULA BOGGS MUETHING (0080018)
CITY SOLICITOR
*/s/ Shuva J. Paul*
Shuva J. Paul (0088484)
Emily Smart Woerner (0089349)
Peter J. Stackpole (0072103)
801 Plum Street, Suite 214

Cincinnati, Ohio 45202
(513) 352-4551
shuva.paul@cincinnati-oh.gov
emily.woerner@cincinnati-oh.gov
peter.stackpole@cincinnati-oh.gov
*Trial Attorneys for Defendants*

*/s/ Janaya Trotter Bratton*
Alphonse A. Gerhardstein (0032053)
Janaya Trotter Bratton (0084123)
Gerhardstein & Branch Co. LPA
441 Vine Street, Suite 3400
Cincinnati, Ohio 45202
Tel (513) 621-9100
Fax (513) 345-5543
jtbratton@gbfirm.com
agerhardstein@gbfirm.com
*Counsel for Defendants Sentinel Police Association and Danita Pettis, Individually*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| Tamera Brown, et al., | : | Case No. 1:18cv412 |
| Plaintiffs, | : | Judge Dlott<br>Magistrate Judge Litkovitz |
| | : | |
| v. | : | **ORDER** |
| City of Cincinnati, et al., | : | |
| Defendants. | : | |

Defendants' unopposed motion for an extension of time to file any motions for judgment on the pleadings is hereby GRANTED. Defendants are to file any motions by **October 14, 2019**.

**IT IS SO ORDERED.**

Date: _____  _____
Karen L. Litkovitz
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September <u>26th</u>, 2019, a true and accurate copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. No copies of this filing are being mailed to any parties, as all parties are currently being served via the Court's electronic filing system and thereby may access this filing through that system.

<i>/s/ Shuva J. Paul</i><br>
Shuva J. Paul (0088484)