# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| Tamera Brown, et al., | : | Case No. 1:18cv412 |
| Plaintiffs, | : | Judge Dlott<br>Magistrate Judge Litkovitz |
| | : | |
| v. | | **PLAINTIFFS' MOTION FOR A TWO-WEEK EXTENSION OF TIME TO RESPOND TO MOTIONS FOR JUDGMENT ON THE PLEADINGS** |
| City of Cincinnati, et al., | : | |
| Defendants. | : | |

Plaintiffs hereby move for a two-week extension of time to **Nov. 25, 2019** to file a Memorandum in Opposition to the Defendants' motions for judgment on the pleadings filed on Oct. 14, 2019.  The deadline is currently Nov. 11, 2019.  Plaintiffs' counsel requires this additional time because of a recent and unexpected reduction in personnel in Plaintiffs' counsel's office.

Counsel for the parties have conferred on this request and Defendants' counsel have expressed that Defendants do not object to an extension.  Plaintiffs have attached a proposed order to this motion.

Respectfully submitted,

*/s/Zachary Gottesman*
Zachary Gottesman (0058675)
Gottesman & Associates, LLC
Trial Counsel for Plaintiffs
404 East 12th St., First Floor
Cincinnati, OH 45202-7463
T: 513-651-2121
F: 513-651-2131
zg@zgottesmanlaw.com

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| Tamera Brown, et al., | : | Case No. 1:18cv412 |
|---|---|---|
| Plaintiffs, | : | Judge Dlott |
| | | Magistrate Judge Litkovitz |
| | : | |
| v. | | |
| | : | **ORDER** |
| City of Cincinnati, et al., | | |
| | : | |
| Defendants. | | |

Plaintiffs' motion for an extension of time to file a Memorandum in Opposition to Defendants' motions for judgment on the pleadings is hereby GRANTED.  Plaintiffs are to file any motions by **Nov. 25, 2019**.

**IT IS SO ORDERED.**

Date: _____                                    _____

                                                                                Karen L. Litkovitz
                                                                                United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on Nov. 11 , 2019, a true and accurate copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  No copies of this filing are being mailed to any parties, as all parties are currently being served via the Court's electronic filing system and thereby may access this filing through that system.

                                            */s/ Zachary Gottesman*
                                            Zachary Gottesman (0058675)