**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

*Granted.*
*Karen L. Litkovitz*
*11/12/19*

| | | |
|---|---|---|
| Tamera Brown, et al., | : | Case No. 1:18cv412 |
| Plaintiffs, | : | Judge Dlott |
| | : | Magistrate Judge Litkovitz |
| v. | : | **PLAINTIFFS' MOTION FOR A TWO-WEEK EXTENSION OF TIME TO RESPOND TO MOTIONS FOR JUDGMENT ON THE PLEADINGS** |
| City of Cincinnati, et al., | : | |
| Defendants. | : | |

Plaintiffs hereby move for a two-week extension of time to **Nov. 25, 2019** to file a Memorandum in Opposition to the Defendants' motions for judgment on the pleadings filed on Oct. 14, 2019. The deadline is currently Nov. 11, 2019. Plaintiffs' counsel requires this additional time because of a recent and unexpected reduction in personnel in Plaintiffs' counsel's office.

Counsel for the parties have conferred on this request and Defendants' counsel have expressed that Defendants do not object to an extension. Plaintiffs have attached a proposed order to this motion.

Respectfully submitted,

/s/Zachary Gottesman
Zachary Gottesman (0058675)
Gottesman & Associates, LLC
Trial Counsel for Plaintiffs
404 East 12th St., First Floor
Cincinnati, OH 45202-7463
T: 513-651-2121
F: 513-651-2131
zg@zgottesmanlaw.com