United States District Court
for the Southern District of Ohio
Western Division at Cincinnati

| | |
|---|---|
| Tamera Brown, et al., | |
| Plaintiffs, | Case No. 1:18-cv-00412 |
| v. | |
| City of Cincinnati, et al., | Senior District Judge Dlott |
| Defendants. | Magistrate Judge Litkovitz |

Notice of Withdrawal and Substitution of Counsel
for Defendant Sentinel Police Association

Pursuant to Local Rule 83.4, notice is hereby given that Alphonse A. Gerhardstein and Janaya Trotter Bratton are withdrawn as counsel for Defendant Sentinel Police Association. Paul M. Laufman and Gregory A. Napolitano hereby enter their appearances in substitution as trial counsel for said party in this matter.

| | |
|---|---|
| /s/ Alphonse A. Gerhardstein | /s/ Paul M. Laufman |
| Alphonse A. Gerhardstein (0032053) | Paul M. Laufman (0066667) |
| GERHARDSTEIN & BRANCH CO., LPA | LAUFMAN NAPOLITANO, LLC |
| 441 Vine Street, Ste. 3400 | 4310 Hunt Road |
| Cincinnati, OH 45202 | Cincinnati, OH 45242 |
| (513) 621-9100 (p) | (513) 621-4556 (p) |
| (513) 345-5543 (f) | (513) 621-5563 (f) |
| agerhardstein@gbfirm.com. | plaufman@LN-lawfirm.com |
| Withdrawing Trial Counsel for Defendant Sentinel Police Association | Substitute Trial Counsel for Defendant Sentinel Police Association |

| | |
|---|---|
| */s/ Janaya Trotter Bratton* | */s/ Gregory A. Napolitano* |
| Janaya Trotter Bratton (0084123) | Gregory A. Napolitano (0068671) |
| GERHARDSTEIN & BRANCH CO., LPA | LAUFMAN NAPOLITANO, LLC |
| 441 Vine Street, Ste. 3400 | 4310 Hunt Road |
| Cincinnati, OH 45202 | Cincinnati, OH 45242 |
| (513) 621-9100 (p) | (513) 621-4556 (p) |
| (513) 345-5543 (f) | (513) 621-5563 (f) |
| jbratton@gbfirm.com | gnapolitano@LN-lawfirm.com |
| Withdrawing Trial Counsel for Defendant Sentinel Police Association | Substitute Trial Counsel for Defendant Sentinel Police Association |

Louis Arnold, Sr., President, Sentinel Police Association

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was electronically filed on the 14th day of November, 2019. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

*/s/ Paul M. Laufman*
Paul M. Laufman