# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| Tamera Brown, et al., | : | Case No. 1:18cv412 |
| | : | |
| Plaintiffs, | : | Judge Dlott |
| | : | Magistrate Judge Litkovitz |
| | : | |
| v. | : | **DEFENDANTS' UNOPPOSED** |
| | : | **MOTION FOR A TWO-WEEK** |
| City of Cincinnati, et al., | : | **EXTENSION OF TIME TO FILE A** |
| | : | **REPLY TO PLAINTIFFS** |
| Defendants. | : | **RESPONSE TO THE MOTIONS** |
| | : | **FOR JUDGMENT ON THE** |
| | : | **PLEADINGS** |

Defendants respectfully move for a two-week extension of time to **December 23, 2019** to file their Reply to Plaintiffs' Response to the Motion for Judgment on the Pleadings. The deadline is currently December 9, 2019. The grounds for this request is due to the undersigned counsel's absence from the jurisdiction to attend to an out-of-state family member's medical illness.

Counsel for the parties have conferred on this request and Plaintiffs' counsel have expressed that Plaintiffs do not object to an extension. Defendants have attached a proposed order to this motion.

Respectfully submitted,

PAULA BOGGS MUETHING (0080018)
CITY SOLICITOR

*/s/ Shuva J. Paul*
Shuva J. Paul (0088484)
Emily Smart Woerner (0089349)
Peter J. Stackpole (0072103)
801 Plum Street, Suite 214
Cincinnati, Ohio 45202
(513) 352-4551

shuva.paul@cincinnati-oh.gov<br>
emily.woerner@cincinnati-oh.gov<br>
peter.stackpole@cincinnati-oh.gov<br>
*Trial Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2019, a true and accurate copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. No copies of this filing are being mailed to any parties, as all parties are currently being served via the Court's electronic filing system and thereby may access this filing through that system.

*/s/ Shuva J. Paul*
Shuva J. Paul (0088484)