UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Tamera Brown, et al., | : | Case No. 1:18cv412 |
| Plaintiffs, | : | Judge Dlott |
| | : | Magistrate Judge Litkovitz |
| v. | : | **ORDER** |
| City of Cincinnati, et al., | : | |
| Defendants. | : | |

Defendants' unopposed motion for an extension of time to file any motions for judgment on the pleadings is hereby GRANTED. Defendants are to file any replies by **December 23, 2019**.

**IT IS SO ORDERED.**

Date: 12/2/19

Karen L. Litkovitz
United States Magistrate Judge