UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Tamera Brown, et al., | : | Case No. 1:18cv412 |
| Plaintiffs, | : | Judge Dlott<br>Magistrate Judge Litkovitz |
| | : | |
| v. | | **STIPULATION OF DISMISSAL OF DEFENDANT SENTINEL POLICE ASSOCIATION PURSURANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)** |
| City of Cincinnati, et al., | : | |
| Defendants. | : | |

Plaintiffs, Tamera Brown and Joy Ludgatis, and Defendant, Sentinel Police Association hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that Defendant, Sentinel Police Association, shall be dismissed from this case without prejudice. Nothing in this pleading shall be construed to impair or alter the Sentinel Police Association's ability to intervene in this action at a later date. This dismissal shall not affect Plaintiffs' claims against any other Defendant in this action. Costs to abide the outcome of the litigation.

*/s/ Zachary Gottesman*
Zachary Gottesman (0058675)
Trial Attorney for Plaintiffs

*/s/ Paul Laufman*
Paul Laufman (066667)
Greg Napolitano (0686771)
Trial Attorneys for Sentinel Police Assn.

*/s/ Shuva Paul*
Shuva Paul (088484)
Trial Attorney for City Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on Jan. 3, 2020 a true and accurate copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. No copies of this filing are being mailed to any parties, as all parties are currently being served via the Court's electronic filing system and thereby may access this filing through that system.

*/s/ Zachary Gottesman*
Zachary Gottesman (0058675)