IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Tamara Brown, et al., | : | Case No. 1:18-cv-00412 |
| | : | |
| Plaintiffs, | : | McFarland, J. |
| | : | Litkovitz, M.J. |
| vs. | : | |
| | : | **MOTION FOR EXTENSION OF** |
| City of Cincinnati, Ohio, et al., | : | **TIME TO FILE OBJECTIONS** |
| | : | |
| Defendants. | : | |

Plaintiffs hereby request an additional 30 days, until August 27, 2020, to file objections to the Report and Recommendation of the Magistrate issued on July 15, 2020. Plaintiffs' counsel requires additional time due to the length and complexity of the Complaint and the Report and Recommendation. No party will be prejudiced by the extension and the request is being made in good faith.

Respectfully submitted

*/s/ Robert J. Thumann*
Robert J. Thumann (0074975)
Crehan & Thumann, LLC
404 E 12th Street, Second Floor
Cincinnati OH 45202
Office 513-381-5050
Fax 513-381-1700
*Co-counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed using the Court's CM/ECF electronic filing system, which will send notification to all counsel of record registered with the Court's filing system, on this the 28th day of July, 2018.

*/s/ Robert J. Thumann*
Robert J. Thumann (0074975)