# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| Tamera Brown, et al., | : | Case No. 1:18cv412 |
| | : | |
| Plaintiffs, | : | Judge McFarland |
| | : | Magistrate Judge Litkovitz |
| | : | |
| v. | : | **DEFENDANTS' UNOPPOSED** |
| | : | **MOTION FOR EXTENSION OF** |
| City of Cincinnati, et al., | : | **TIME TO FILE A RESPONSE TO** |
| | : | **PLAINTIFFS' OBJECTIONS TO** |
| Defendants. | : | **REPORT AND** |
| | : | **RECOMMENDATION** |
| | : | |

Defendants respectfully move for a 21-day extension of time to **October 1, 2020** to file their Response to Plaintiffs' Objections to the Report and Recommendation. The deadline is currently September 10, 2020. This request is made due to the undersigned counsel's other competing court-related deadlines between now and the end of September.

Counsel for the parties have conferred on this request and Plaintiffs' counsel have expressed that Plaintiffs do not object to an extension. Defendants have attached a proposed order to this motion.

Respectfully submitted,

ANDREW W. GARTH (0088905)
INTERIM CITY SOLICITOR

*/s/ Shuva J. Paul*
Shuva J. Paul (0088484)
Emily Smart Woerner (0089349)
801 Plum Street, Suite 214
Cincinnati, Ohio 45202
(513) 352-4551
shuva.paul@cincinnati-oh.gov

emily.woerner@cincinnati-oh.gov
*Trial Attorneys for Defendants*

### **CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2020, a true and accurate copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. No copies of this filing are being mailed to any parties, as all parties are currently being served via the Court's electronic filing system and thereby may access this filing through that system.

*/s/ Shuva J. Paul*
Shuva J. Paul (0088484)