# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| Tamera Brown, et al., | : | Case No. 1:18cv412 |
| Plaintiffs, | : | Judge McFarland |
| | : | Magistrate Judge Litkovitz |
| v. | : | **ORDER** |
| City of Cincinnati, et al., | : | |
| Defendants. | : | |

---

Defendants' unopposed motion for an extension of time to file a response to Plaintiffs' Objections to the Report and Recommendation is hereby GRANTED. Defendants are to file any responses by **October 1, 2020**.

**IT IS SO ORDERED.**

Date: _____  _____
                                            Karen L. Litkovitz
                                            United States Magistrate Judge

{00320069-1}