# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| TAMARA BROWN, et al., | : | Case No. 1:18-cv-412 |
| | : | |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| | : | |
| vs. | : | |
| | : | |
| CITY OF CINCINNATI, et al., | : | |
| | : | |
| Defendants. | : | |

## JUDGMENT IN A CIVIL CASE

    **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:** That 1. Defendant Pettis's Motion for Judgment on the Pleadings (Doc. 37) is GRANTED; 2. The City Defendants' Motion for Judgment on the Pleadings (Doc. 38) is GRANTED; and 3. This case is TERMINATED on the docket of this Court.

February 1, 2021.

                                                    Richard W. Nagel, Clerk of Court
                                                    By: */s/ Kellie A. Fields*
                                                           Deputy Clerk